**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMY TRAVIS WOODARD,** | : | |
| **Petitioner** | : | **No. 1:24-cv-01381** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **PA PAROLE BOARD, et al.,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, on this 31st day of July 2026, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Jeremy Travis Woodard ("Woodard") (Doc. No. 1), Respondents' response in opposition to the petition (Doc. No. 8), and Woodard's reply brief (Doc. No. 9), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Woodard's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania